IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA CLARK,

    Plaintiff,                       No. CIV S-05-2410 FCD KJM PS

    vs.

JOHN REA, et al.,

    Defendants.                <u>ORDER</u>

         Plaintiff, proceeding pro se, filed the above-entitled action. On December 16, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections to the findings and recommendations.[1]

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1] Plaintiff filed "five sets" of objections, all of which the court has considered in rendering this order. (<u>See</u> Docket #s 14, 15, 17, 18, 19.)

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The findings and recommendations filed December 16, 2005, are adopted in full; and

4  2.  Plaintiff's December 8, 2005 amended motion for injunctive relief is denied.

DATED: January 31, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge