IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA CLARK,

     Plaintiff,                           No. CIV S 05-2410 FCD KJM PS

   vs.

CAROL POPE, et al.,

     Defendants.                      ORDER

/

        Defendant Rea's motion to dismiss under Federal Rule of Civil Procedure 12(b)(5) is calendared for hearing March 8, 2006. No opposition has been filed. Upon review of the documents in support, and good cause appearing, THE COURT ORDERS AS FOLLOWS:

        1. No opposition to the pending motion has been timely filed. Plaintiff is reminded that Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date.

        2. In light of the order filed February 3, 2006 allowing plaintiff leave to file a third amended complaint and the reminder to plaintiff that all defendants must be properly served with summons and the third amended complaint no later than the date of the status conference of May 10, 2006, defendant Rea's motion to dismiss is denied without prejudice. The hearing date of March 8, 2006 is vacated.

1       3. The Clerk of Court is directed to enter no default against any defendant
2 without order of the court.
3 DATED: March 2, 2006.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

8 006
  clark.sub