1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BARBARA CLARK,

11              Plaintiff,                        No. CIV S-05-2410 FCD KJM PS

12        vs.

13   CAROL POPE, et al.,

14              Defendants.                       ORDER

15   _____/

16              Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18              On May 1, 2006, the magistrate judge filed findings and recommendations herein

19   which were served on plaintiff and which contained notice to plaintiff that any objections to the

20   findings and recommendations were to be filed within ten days.  Objections to the findings and

21   recommendations have been filed.

22              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

23   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

24   file, the court finds the findings and recommendations to be supported by the record and by

25   proper analysis.

26   /////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed May 1, 2006, are adopted in full; and

3        2.  Defendant Pope's motion to dismiss is granted.

4   DATED:June 5, 2006

5

6                                              /s/ Frank C. Damrell Jr.
                                               FRANK C. DAMRELL JR.
7                                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26