1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  BARBARA CLARK,

11          Plaintiff,                    No. CIV S 05-2410 FCD KJM PS

12      vs.

13  CAROL POPE, et al.,

14          Defendants.                   <u>ORDER</u>

15  _____/

16          Presently calendared for hearing on August 16, 2006 are the motions for
17  attorneys' fees brought by defendants Pope and Hershewe.  Plaintiff has filed opposition to the
18  pending motions and has also filed a request to stay the proceedings.  Plaintiff contends she
19  cannot participate in litigation pending recovery from surgery.  Plaintiff has failed to establish
20  grounds for a stay.  However, the hearing date on the motions for attorneys' fees will be vacated
21  so as to accommodate the recommendation of plaintiff's physician that plaintiff not drive during
22  the post-surgical recovery period.  <u>See</u> Local Rule 78-230(h).
23          Accordingly, IT IS HEREBY ORDERED that:
24          1. Plaintiff's request for stay is denied.
25  /////
26  /////

1

1    2. The hearing date on defendants' motions for attorneys' fees is vacated. Reply,
2 if any, shall be filed no later than August 9, 2006. The matter shall thereafter stand submitted.
3 DATED: July 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
clark2.sub