IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA CLARK,

    Plaintiff,

vs.

CAROL POPE, et al.,

    Defendants.

No. CIV S 05-2410 FCD KJM PS

<u>ORDER</u>

    Presently pending before the court are the motions for attorneys' fees brought by defendants Pope and Hershewe. Plaintiff has filed an appeal in this action. This court retains jurisdiction over collateral matters, such as the motions for attorneys fees', pending appeal. However, if plaintiff prevails on appeal, an award under 42 U.S.C. § 1988 would not be warranted.

    Accordingly, IT IS HEREBY ORDERED that defendants' motions for attorneys' fees are denied without prejudice to their renewal after resolution of the appeal.

DATED: August 3, 2006.

_____

UNITED STATES MAGISTRATE JUDGE

006
clark.fee

1