UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BARBARA CLARK,

          Plaintiff,

    v.

JOHN M. REA, Acting Director, Department of Industrial Relations, and DENNIS HERSHEWE, ESQ. and CAROL POPE,

          Defendants.

NO. CIV. S-05-2410 FCD KJM PS

MEMORANDUM AND ORDER

----oo0oo----

The court has reviewed *pro se* plaintiff Barbara Clark's motion for relief from judgment, filed October 26, 2006. Said motion, noticed for hearing on December 1, 2006, reiterates the arguments plaintiff made in her *four* previous motions to vacate[1] the judgment of this court, entered June 5, 2006, dismissing this action pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket #108). The court denied plaintiff's previous motions to

---

[1] Docket #s 111, 112, 114 and 115.

1

1 vacate by order filed October 13, 2006 (Docket #153).  As the
2 instant motion simply restates her prior arguments, the court
3 disregards the motion and STRIKES it from the record.  No hearing
4 will be held on the motion.
5 　　　Moreover, the court notes that its October 13, 2006 order
6 was served on the Ninth Circuit, who had previously held
7 plaintiff's appeal in abeyance pending this court's resolution of
8 plaintiff's original motion to vacate (Docket #146).  As of
9 October 13, 2006 therefore, this court is without jurisdiction to
10 hear any further matters in this case as it is now pending before
11 the Ninth Circuit.
12 　　　IT IS SO ORDERED.
13 DATED: November 2, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE