1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BARBARA CLARK,

11          Plaintiff,                    No. CIV S-05-2410 FCD KJM PS

12      vs.

13   JOHN REA, et al.,

14          Defendants

15   _____/

16    BARBARA CLARK,

17          Plaintiff,                    No. CIV S-07-1086 FCD KJM PS

18      vs.

19   CARRIE NEVANS, et al.,

20          Defendants.              ORDER

21   _____/

22          This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

23   Calendared for hearing on March 12, 2008 are defendant Hershewe's motions for attorneys' fees

24   filed in both of the above titled actions.  No opposition to the motion has been filed in case no.

25   CIV-S-07-1086 FCD KJM PS.

26   /////

                                        1

1    Local Rule 78-230(c) provides that opposition to the granting of a motion must be

2  filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o

3  party will be entitled to be heard in opposition to a motion at oral arguments if written opposition

4  to the motion has not been timely filed by that party."  In addition, Local Rule 78-230(j)

5  provides that failure to appear may be deemed withdrawal of opposition to the motion or may

6  result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local

7  Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or

8  within the inherent power of the Court."

9    Plaintiff has filed opposition to the motion for attorneys' fees in case no. CIV S-

10  05-2410 FCD KJM PS.  In order to conserve the parties' resources in spending time for

11  appearances and to promote judicial economy, both motions will be continued to April 16, 2008

12  so as to allow plaintiff time to file opposition in CIV-S-07-1086 FCD KJM PS.

13    Good cause appearing, IT IS HEREBY ORDERED that:

14    1.  The hearing date of March 12, 2008 is vacated.  Hearing on defendant

15  Hershewe's motions for attorneys' fees in both the above titled actions is continued to April 16,

16  2008 at 10:00 a.m. in courtroom no. 26.

17    2.  Plaintiff shall file opposition, if any, to the motion in case no. CIV-S-07-1086

18  FCD KJM PS no later than March 26, 2008.  Failure to file opposition and appear at the hearing

19  will be deemed as a statement of non-opposition and shall result in a recommendation that this

20  action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

21    3.  Reply, if any, shall be filed no later than April 2, 2008.

22  DATED:  March 4, 2008.

23  _____

U.S. MAGISTRATE JUDGE

24  006

clark.nop

25

26

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26