IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA CLARK,

     Plaintiff,                      No. CIV S-05-2410 FCD KJM PS

    vs.

CAROL POPE, et al.,

     Defendants.                 ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. On May 5, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed May 5, 2008, are adopted in full;

3  2. Defendant Pope's motion for attorneys' fees under 42 U.S.C. § 1988 is granted in the amount of $70,843.67; and

3. Defendant Hershewe's motion for attorneys' fees and the costs under 42 U.S.C. § 1988 is granted in the amount of $42,760.00, and costs allowed in the amount of $1,002.00.

DATED: June 19, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE